# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2024

Lyle W. Cayce
Clerk

———————

No. 23-40634
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LAZARO ASA COOPER,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-594-1

———————————————————

Before ELROD, HAYNES, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Lazaro Asa Cooper has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cooper has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Cooper's claim of

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cooper's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.